UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
Callas et al.,

                    Plaintiffs,              19 Civ. 1478 (DAB)

                                             ORDER

            v.


S&P Global Inc.,

                    Defendant.
-----------------------------------------X
DEBORAH A. BATTS, United States District Judge.

     Any summary judgment motions shall be filed on the following

schedule:

   • Moving papers:  February 18, 2020;

   • Opposition papers:  March 20, 2020;

   • Reply papers:  April 1, 2020.


SO ORDERED.

Dated:    New York, New York
          December 19, 2019




                              _____
                                 Deborah A. Batts
                              United States District Judge