```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/13/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM CALLAS, THOMAS CASSESE, and NATALIE FERD,<br><br>Plaintiff,<br><br>-against-<br><br>S&P GLOBAL, INC.,<br><br>Defendant. | CIVIL ACTION NO. 1:19-cv-01478<br><br>**<u>NOTICE OF UNOPPOSED MOTION TO EXTEND THE DEADLINE FOR SUMMARY JUDGMENT MOTIONS</u>** |

**PLEASE TAKE NOTICE** that, based upon the Declaration of Pamela S.C. Reynolds, dated February 12, 2020, Defendant S&P Global, Inc., by and through its attorneys, Littler Mendelson, P.C., moves this Court, before the Honorable Deborah A. Batts, United States District Judge, in the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007-1312, for an Order extending the deadlines in the Court's December 19, 2019 Order (ECF No. 21) by one week.

Date:  February 12, 2020
       New York, New York

*Granted.*
*[signature]*
*2/13/20*
*Part I*

                                s/Pamela S. C. Reynolds
                                A. Michael Weber, Esq.
                                LITTLER MENDELSON, P.C.
                                900 Third Avenue
                                New York, NY 10022.3298
                                212.583.9600

                                Pamela S. C. Reynolds, Esq.
                                LITTLER MENDELSON, P.C.
                                375 Woodcliff Drive
                                Suite 2D
                                Fairport, NY 14450
                                (585) 203-3400
                                preynolds@littler.com

                                *Attorneys for Defendant*
                                *S&P Global, Inc.*

4842-9018-4372.1