UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM CALLAS, THOMAS CASSESE, and NATALIE FERD,

        Plaintiffs,

- against -

S&P GLOBAL, INC.,

        Defendant.

**ORDER**

19 Civ. 1478 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        Plaintiffs in this ERISA action have moved to file under seal the administrative record. (Dkt. No. 40) The supporting declaration states that the record "contains sensitive, personal information regarding [Plaintiffs'] employment with Defendant." (Reynolds Decl. (Dkt. No. 41) ¶ 3) The administrative record does not appear to contain the type of information that would ordinarily be subject to sealing under Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110, 119-20 (2d Cir. 2006). Certain documents (such as the Summary Plan Description), contain no employee-specific information at all. Accordingly, the parties are directed to file with this Court by **March 23, 2020** an exhibit-by-exhibit justification under Lugosch of why the administrative record should be sealed. If the parties wish to propose specific redactions under Lugosch, they should do so in accordance with this Court's Individual Rules of Practice.

Dated: New York, New York
      March 16, 2020

                    SO ORDERED.

                    _____
                    Paul G. Gardephe
                    United States District Judge