UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM CALLAS, THOMAS CASSESE, and NATALIE FERD,<br><br>    Plaintiffs,<br><br>    -against-<br><br>S&P GLOBAL INC.,<br><br>    Defendant. | Civil Action No. 1:19-cv-01478<br><br>**NOTICE OF MOTION FOR SUMMARY JUDGMENT** |

PLEASE TAKE NOTICE, that upon the accompanying Declaration of Pamela S. C. Reynolds, Esq., dated February 25, 2020, and its annexed exhibit, the Administrative Record 1, Administrative Record 2, and Administrative Record 3 filed under seal on February 25, 2020 (ECF. Nos. 26-39), Defendant's Local Rule 56.1 Statement of Material Facts As To Which There Is No Genuine Issue dated February 25, 2020, and its annexed Appendix, the accompanying Memorandum Of Law In Support Of Defendant S&P Global Inc.'s Motion For Summary Judgment, and the pleadings in the Court's file, Defendant S&P Global Inc. ("Defendant" or "S&P Global") will move this Court, before the Honorable Paul G. Gardephe, United States District Judge, in the United States District Court for the Southern District of New York, 40 Foley Square, Courtroom 705, New York, New York 10007, on a date and time to be determined by the Court, for an Order granting Defendant's Motion for Summary Judgment Pursuant to Rule 56 of the Federal Rules of Civil Procedure and dismissing the Complaint in its entirety, with prejudice, and granting Defendant such other and further relief as the Court deems just and proper.

Defendant intends to serve Reply Papers and, therefore, Plaintiff is required to file and serve opposing papers within the time limits identified in the Court's Order dated February 13, 2020 (ECF No. 23).

Additionally, Defendant will request oral argument of the instant motion in accordance with the Individual Rules of Practice of Judge Paul G. Gardephe for Civil Cases.

Date: February 25, 2020
Fairport, New York

*s/Pamela S. C. Reynolds*
A. Michael Weber, Esq.
LITTLER MENDELSON, P.C.
900 Third Avenue
New York, NY  10022.3298
212.583.9600
mweber@littler.com

Pamela S. C. Reynolds, Esq.
LITTLER MENDELSON, P.C.
375 Woodcliff Drive
Suite 2D
Fairport, NY  14450
(585) 203-3400
preynolds@littler.com

*Attorneys for Defendant*
  *S&P Global, Inc.*

4819-4934-0341.1