# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
WILLIAM CALLAS, THOMAS CASSESE,
and NATALIE FERD,

                          Plaintiffs,                                    19 **CIVIL** 1478 (PGG)

        -against-                                            **<u>JUDGMENT</u>**

S&P GLOBAL INC.,

                          Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum Opinion dated January 26, 2022, this Court granted Defendant's motion for summary judgment.

**Dated:**  New York, New York
             January 26, 2022

                                                                  **RUBY J. KRAJICK**
                                                                     **Clerk of Court**
                                           BY:
                                                                      **Deputy Clerk**